UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

GARY D. GEORGE,

                        Plaintiff,

                                                                 ORDER
v.                                                 06-CV-0041A

JO ANNE B. BARNHART,
Commissioner of Social Security,

                        Defendant.

---

       The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On August 24, 2007, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion for judgment on the pleadings be denied and that the case be remanded to the Commissioner for further proceedings.

       The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

       ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion for judgment on the pleadings is denied.  The case is remanded to the Commissioner for further proceedings.

       The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  September 18, 2007